UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

CHRISTOPHER WOOLFOLK,

    Plaintiff,

vs.

GEICO,

    Defendant.

Case No. 3:22-cv-181

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) DISMISSING CASE WITHOUT PREJUDICE; AND (2) TERMINATING THIS CASE ON THE DOCKET**

---

This civil case is before the Court on Plaintiff's "Notice of Voluntary Dismissal," pursuant to Fed. R. Civ. P. 41(a). The time for opposition has passed. Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**, and **TERMINATED** on the docket.

**IT IS SO ORDERED.**

Date:   October 4, 2022                  /s Michael J. Newman
                                                                    Hon. Michael J. Newman
                                                                    United States District Judge